IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dorothy Steele, | ) |
|             Plaintiff, | ) Case No.: 18 C 1718 |
| | ) |
|     v. | ) Judge: Hon. Manish S. Shah |
| | ) |
| Velocity Investments, LLC, a New Jersey limited liability company, | ) |
|             Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, Velocity Investments, LLC, by and through its attorneys, Justin M. Penn and Louis J. Manetti, Jr. of Hinshaw & Culbertson, LLP, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant it the requested enlargement of time to file its responsive pleading to Plaintiff's Complaint, and in support thereof, states:

1. Plaintiff's Complaint purports to state claims for violations of the Fair Debt Collection Practices Act. (Dkt. No. 1.)

2. Defendant's response is due on April 19, 2018.

3. Counsel for Defendant was recently retained and requires additional time to confer with its client and decide how to properly respond to the allegations contained in Plaintiff's Complaint.

4. Plaintiff's counsel does not oppose Defendant being granted additional time to respond to the complaint.

5. Defendant respectfully requests until May 10, 2018, to respond to the complaint.

WHEREFORE, Defendant, Velocity Investments, LLC, respectfully requests that this Court grant it the requested enlargement of time to answer or otherwise respond to Plaintiff's Complaint, and direct that the deadline for its responsive pleading be set for May 10, 2018.

>Respectfully submitted,
>
>HINSHAW & CULBERTSON LLP
>
>/s/Louis J. Manetti, Jr.
>Louis J. Manetti, Jr.

Justin M. Penn
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
jpenn@hinshawlaw.com
lmanetti@hinshawlaw.com
Attorneys for Defendant

301718256v1 3248

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2018, a copy of the forgoing Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      By:  /s/*Louis J. Manetti, Jr.*
                                                                   Louis J. Manetti, Jr.
                                                                   Hinshaw & Culbertson LLP
                                                                   222 N. LaSalle Street, Suite 300
                                                                   Chicago, IL 60601
                                                                   Phone No.: 312-704-3000
                                                                   Fax No. 312-704-3001
                                                                   lmanetti@hinshawlaw.com

301718256v1 3248